IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHELLE KINKLE, AS ADMINISTRATRIX
OF THE ESTATE OF MARY MALONE JEFFRIES,
DECEASED AND AS REPRESENTATIVE
OF THE WRONGFUL DEATH BENEFICIARIES                    PLAINTIFF

V.                                                     CIVIL ACTION NO.3:06CV73-B-A

TASER INTERNATIONAL, INC., ET AL                       DEFENDANT

**ORDER**

This matter is before the court upon an *ore tenus* motion by the defendant Charles Duncan, to extend the motion filing deadline in this case. Upon due consideration of the motion and the record in this cause, and having been advised that counsel for the plaintiff has no objection to the requested extension, the court finds that the motion is well taken.

ACCORDINGLY, IT IS ORDERED that the parties shall file all motions, excepting only motions filed pursuant to Rule 7.2(B)(4) of the UNIFORM LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND THE SOUTHERN DISTRICTS OF MISSISSIPPI, on or before May 31, 2007.

IT IS FURTHER ORDERED that the extension of these deadlines shall not affect any other deadlines or conferences currently set in this case.

THIS, the 17th day of March, 2007.

                                                    /s/ *S. ALLAN ALEXANDER*
                                                  S. ALLAN ALEXANDER
                                                  UNITED STATES MAGISTRATE JUDGE